DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JORDAN LEE JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-3150

[February 14, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312020CF000726A.

Carey Haughwout, Public Defender, and Virginia Murphy, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Lindsay A. Warner, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Following a jury trial, the jury found Appellant Jordan Lee Jackson guilty of throwing or shooting a deadly missile at victim. The trial court sentenced Appellant to fifteen years in prison. Appellant has filed an appeal raising challenges to an evidentiary ruling and the size of the jury. We affirm on both issues without discussion.

Appellant also contends that the trial court's written judgment "contains a scrivener's error indicating that [Appellant] entered a plea of guilty in this case."[1] As noted above, Appellant was found guilty after a trial, rather than by way of a plea. The State agrees with Appellant that remand is proper for the trial court to correct the scrivener's error. We also agree and remand for correction. *See Sirota v. State*, 977 So. 2d 700, 701 (Fla. 4th DCA 2008). Appellant does not need to be present for this correction. *Id.*

*Affirmed; Remanded for Correction of Scrivener's Error.*

---

[1] The court's final judgment states Appellant entered a plea of nolo contendere.

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*